UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SELENA BLANCHARD,<br><br>Petitioner. | Case No. 20-07578 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

On October 28, 2020, Petitioner, a federal prisoner, filed a letter which was construed as an attempt to file a petition for a writ of habeas corpus in this Court.[1]  Dkt. No. 1.  On the same day, the Clerk notified Petitioner that in addition to filing a petition on the Court's form, Dkt. No. 2, she needed to either pay the filing fee or file a complete application to proceed *in forma pauperis* ("IFP") within twenty-eight days from the date of the notice to avoid dismissal.  Dkt. No. 3.  The deadline has passed, and Petitioner has failed to respond.  Accordingly, the action is **DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate all pending deadlines and close the case.

**IT IS SO ORDERED.**

Dated:  **December 8, 2020**

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

---

[1] The matter was reassigned to this Court on December 3, 2020 pursuant to *Williams v. King*, 875 F.3d 500 (9th Cir. 2017).  Dkt. Nos. 6, 7.

Order of Dismissal
C:\Users\HarwellT\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\QGE03K7W\07578.Blanchard_dism-ifp.docx