UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SELENA BLANCHARD,<br>Petitioner. | Case No. 20-07578 BLF (PR)<br>**JUDGMENT** |

For the reasons stated in the order of dismissal, this action is DISMISSED without prejudice.  Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated:  **December 8, 2020**

BETH LABSON FREEMAN
United States District Judge

Judgment
C:\Users\HarwellT\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\QGE03K7W\07578.Blanchard_judg.docx